**<u>NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER</u>**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000374
02-JUL-2025
08:01 AM
Dkt. 104 ODMR**

NO. CAAP-22-0000374

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HYE JA CHOI, Appellant-Appellant,
v.
TACHIBANA ENTERPRISES, LLC, and DEPARTMENT OF LABOR AND
INDUSTRIAL RELATIONS, Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-20-0001364)

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>
(By: Nakasone, Chief Judge, Wadsworth and McCullen, JJ.)

Upon consideration of self-represented Appellant-Appellant Hye Ja Choi's (**Choi**) June 27, 2025 "Urgent Petition for Permission to Retrial" [Dkt 97] (**Motion for Relief**), which this court construes as a motion for reconsideration of this court's May 30, 2025 Summary Disposition Order, the papers in support, and the record, it appears that:

(1) On May 30, 2025, this court filed its Summary Disposition Order (**SDO**);

(2) On June 27, 2025, Choi filed the Motion for Relief; and

(3) A motion for reconsideration of the SDO was due on or before June 9, 2025.  See Hawaiʻi Rules of Appellate Procedure Rule 40(a).

IT IS HEREBY ORDERED that the Motion for Relief is denied.

DATED:  Honolulu, Hawaiʻi, July 2, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge